UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EUN K. PARK, individually and on behalf of all others
similarly situated,

                        Plaintiff,                                    JUDGMENT
                                                                          19-cv-3621 (ARR) (ST)

       v.

FORSTER & GARBUS, LLP,
                        Defendant.
------------------------------------------------------------ X

        An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 12, 2019, granting defendant's motion; and dismissing plaintiff's claims; it is

        ORDERED and ADJUDGED that defendant's motion is granted; that plaintiff's claims are dismissed; and that judgment is hereby entered in favor of defendant.

Dated: Brooklyn, NY                                                        Douglas C. Palmer
        November 13, 2019                                         Clerk of Court

                                                                            By: /s/*Jalitza Poveda*
                                                                                    Deputy Clerk